IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRUITT MOORE,

  Petitioner,      No. 2:09-cv-2737 JFM (HC)

  vs.

MIKE EVANS, Warden,

  Respondent.      <u>ORDER</u>

              /

  Petitioner has filed a motion for expansion of the certificate of appealability granted by the court on October 22, 2010, which granted it as to the first ground for relief and denied it as to the second ground for relief. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Upon review of petitioner's motion, the undersigned finds that petitioner has not made a substantial showing as to Ground Two.

  Accordingly, IT IS HEREBY ORDERED that petitioner's motion is denied.

DATED: January 3, 2011.

                UNITED STATES MAGISTRATE JUDGE

/014;moor2737.110